# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

ROBERT R. DI TROLIO
CLERK OF COURT

FILED BY_____ _____D.C.

05 APR 25 AM 9: 05

CLERK U.S. DIST. CT.
W. D. OF TN. MEMPHIS

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

April 25, 2005

RE: M.T.W. Developers v. 174 Fairfax Way Associates, Ltd., et.al.
    Transfer of Jurisdiction

Attn: All Parties

The above styled case has been transferred to this office from the Eastern District of Kentucky. This action is designated as **2:05cv2285**, and assigned to Mays/Pham.

Please use our 2:05cv2285 on all pleadings and correspondence relating to this case. **ORIGINAL** and **TWO COPIES** of all pleadings should be filed in this office.

Sincerely,
Robert R. DiTrolio
Clerk of Court

BY: _____
    Deputy Clerk

Encl.

cc:

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02285 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Walter W. May
167 W. Main Street
Suite 1000
Lexington, KY 40502

Robert E Maclin
201 E. Main Street
Suite 1000
Lexington, KY 40507

Honorable Samuel Mays
US DISTRICT COURT