IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11 PM 4: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

M. T. W. DEVELOPERS,

    Plaintiff,

VS.                                                     NO. 05-2285-MaP

174 FAIRFAX WAY ASSOCIATES, LTD.,
ALCO PROPERTIES MID-SOUTH, INC.,
IMPERIAL ASSOCIATES, INC.,
FRANKLIN 84 ASSOCIATES, and
LEXINGTON RESIDENTIAL ASSOCIATES, LP,

    Defendants.

---

ORDER OF DISMISSAL

---

    The parties have filed a stipulation of voluntary dismissal in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1). For good cause shown, the motion is granted and this matter is DISMISSED without prejudice, each party to bear its own costs.

    It is so ORDERED this 11th day of July, 2005.

                                       SAMUEL H. MAYS, JR.
                                       UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02285 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Robert E. Maclin
LAW OFFICE OF ROBERT E. MACLIN
201 E. Main St.
Ste. 1000
Lexington, KY 40507

Walter W. May
LAW OFFICE OF WALTER W. MAY
167 W. Main St.
Ste. 1000
Lexington, KY 40502

Honorable Samuel Mays
US DISTRICT COURT