UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 14 PM 4:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DENNIS JOSLIN OKLAHOMA, LLC,

    Plaintiff,

v.                                  Cv. No. 05-2285-Ma

DARRELL SELLS,

    Defendant.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice, in accordance with the Order of Dismissal, docketed July 12, 2005.

APPROVED: _____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July 14, 2005
_____
DATE

THOMAS M. GOULD
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02285 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Robert E. Maclin
LAW OFFICE OF ROBERT E. MACLIN
201 E. Main St.
Ste. 1000
Lexington, KY 40507

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Walter W. May
LAW OFFICE OF WALTER W. MAY
167 W. Main St.
Ste. 1000
Lexington, KY 40502

Honorable Samuel Mays
US DISTRICT COURT